NUMBER 13-06-568-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


JUANITA COX D/B/A NITA'S BAIL BONDS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 35th District Court


of Mills County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, JUANITA COX D/B/A NITA'S BAIL BONDS, perfected an appeal from
a judgment entered by the 35th District Court of Mills County, Texas, in cause number
03-01-5594. After the record was filed, the parties filed an agreed motion to dismiss
the appeal. In the motion, the parties state that they have reached an agreement to
settle and compromise their differences in this case. The parties request that the
appeal be dismissed.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 

 PER CURIAM


Memorandum Opinion delivered and filed this

the 22nd day of February, 2007.